**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DEMETRIUS HUNTER** **PLAINTIFF**
**ADC # 181589**

**v.** **No. 2:26-cv-127-DPM**

**BOHANNON, Sgt.;** **DEFENDANTS**
**JONES, Cpl.**

**ORDER**

**1.** The Court withdraws the reference.

**2.** Hunter hasn't paid the $405 filing and administrative fees or filed a completed application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

21 September 2026