**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DEMETRIUS HUNTER** **PLAINTIFF**
**ADC # 181589**

**v.** **No. 2:26-cv-127-DPM**

**BOHANNON, Sgt.;**
**JONES, Cpl.** **DEFENDANTS**

**JUDGMENT**

Hunter's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

21 September 2026